JAMES M. KALAMON
ERIN A. JACOBSON
PAINE, HAMBLEN, COFFIN,
   BROOKE & MILLER LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANGELA C. ROSIN,<br><br>        Plaintiff,<br><br>vs.<br><br>CHEMI-CON MATERIALS, INC.,<br><br>        Defendant. | No. CV-05-0118-LRS<br><br>[PROPOSED] PROTECTIVE ORDER |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a Protective Order be entered as the parties stipulated to on October 13, 2005.

DONE IN OPEN COURT on this  3rd  day of  February , 2006.

                                              s/Lonny R. Suko
                                              _____
                                                       JUDGE

I:\Spodocs\00098\00115\plead\00393115.DOC:kc

---

[PROPOSED] PROTECTIVE ORDER -
PAGE 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000